

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00829-CV

Antonio **SEPEDA**,
Appellant

v.

Amy C. **SEPEDA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17885
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.  No costs are assessed because appellant filed an affidavit of indigence.

SIGNED January 15, 2014.

_____
Luz Elena D. Chapa, Justice